by the exigencies of the particular occasion, which under such circumstances would be extreme care or caution. There is no other logical interpretation of this language. Nor do references to " ordinary prudence under the circumstances " in other parts of the charge limit the requirement of extreme care and caution if children were playing on the street. The charge as a whole was confusing and misleading and set up a standard of care which is not required under the laws of this State. Furthermore, it is very doubtful whether any reference to children playing on the street was appropriate under the facts of the case. (Appeal from judgment of Niagara Trial Term for plaintiff in an automobile negligence action. The order denied a motion for a new trial.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

■ JOSEPHINE CONN, Respondent, v. ROBERT H. DUMAS et al., Appellants. — Judgment unanimously affirmed, with costs. (Appeal from judgment of Oswego Trial Term for plaintiff in an automobile negligence action.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

■ WOLVERINE WINTER-SEAL CORP., Respondent, v. WAY JEWELERS, INC., Appellant, et al., Defendant.— Order unanimously modified by extending time to serve answer to 15 days after service of a copy of the order to be entered herein and by striking out the second ordering paragraph and as modified affirmed, without costs of this appeal to either party. Memorandum: There was no showing that the delay in answering caused any financial loss to the plaintiff; in fact, there was no claim of any such loss. The provision requiring that the sum of $250 be paid as a condition of opening the default was an abuse of discretion. (Appeal from part of order of Erie Special Term requiring payment by defendant of $250 as condition for leave to open default in pleading and to extend time to answer the complaint.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. URAN MINING CORPORATION, Respondent, et al., Defendants, and JOSEPH T. MARTINO, Appellant.— Appellant directed to prepare, serve and file a supplemental record within 30 days in accordance with the memorandum. See memorandum filed in *People* v. *Uran Mining Corp.* (13 A D 2d 612). (Appeal from order of Monroe Special Term, denying application for counsel fees for attorneys for defendant Martino.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■ (A) WEST'S FARM AGENCY, INC., Respondent, v. CHARLES COXSON et al., Appellants. (B) EDITH HAWTHORNE, Appellant, v. WILSON HAWTHORNE, Respondent, et al., Defendant.— [In each action] Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEO RATAJCZAK, Appellant.— Motion for reargument denied. Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ (A) ETTA EYSAMAN, Respondent, v. TOWN OF LITTLE FALLS, Appellant. (B) MARION S. KRUGER et al., Appellants, v. VINCENT CIADELLA et al., Doing Business as SUNRISE MOTEL, Respondents.— [In each action] Motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ (A) WILLIAM ALLEN, Plaintiff, v. ROCHESTER RED MEN'S CLUB, INC., et al., Defendants. ROCHESTER RED MEN'S CLUB, INC., Defendant and Third-Party Plaintiff, v. PERRY-AUTEN MFG. CO. et al., Third-Party Defendants. (B) JOHN FOOTS, Respondent, v. GORDON E. JOHNSON, JR., et al., Appellants. (C) In the Matter of the Estate of KIRICOULA GARAS, Deceased. (D) DONALD T. LOGAN, Plaintiff, v. LEON W. JOHNSON, JR., et al., Defendants. (E) UNION

FREE SCHOOL DISTRICT NO. 13, Appellant, v. HOSELTON CHEVROLET, INC., et al., Respondents. (F) In the Matter of DONALD J. VELLA et al., Appellants, v. CITY ZONING BOARD OF APPEALS, CITY OF ROCHESTER, et al., Respondents.— [In each action] Appeal dismissed, without costs upon stipulation.

■ (A) LOUIS BATTAGLIA, Appellant, v. RUSSELL E. CORON, Respondent. (B) RICHARD CANNELLOS, Appellant, v. GENERAL BAKING COMPANY, Respondent. (C) CONSTANTINE J. CANNELLOS, Appellant, v. GENERAL BAKING COMPANY, Respondent. (D) TOWN OF EDEN, Respondent, v. WHITMIER & FERRIS Co., INC., Appellant. (E) ERIE COUNTY BOARD OF SOCIAL WELFARE, Respondent, v. LOUIS C. NIRO, JR., Appellant. (F) RALPH GARDNER et al., Appellants, v. LOBLAWS GROCETERIA, INC., Respondent. (G) NELLIE KASSON, Appellant, v. BOARD OF EDUCATION OF THE RED CREEK CENTRAL SCHOOL, Respondent. (H) MICHAEL MARCHAESI, Appellant, v. EUGENE CLARK, Respondent. (I) WALTER J. MILLIGAN, JR., Respondent, v. JOHN L. CANFIELD, Appellant. (J) CITY OF SYRACUSE, Respondent, v. KENNETH E. FIDLER, Appellant.— [In each action] Motion granted and appeal dismissed.

■ KENNETH PARSHALL, Appellant, v. MARY GRAHAM, Respondent. MILDRED PARSHALL, Appellant, v. MARY GRAHAM, Respondent.— Motion granted to prosecute appeal on typewritten papers and conditional order of dismissal amended to provide that records and appellants' briefs be filed and served on or before March 6, 1961. Respondent's brief must be filed on or before April 27, 1961 if appeal is to be argued at May 1961 Term.

■ JACKSON AND PERKINS Co., Respondent, v. CONSTANTINE B. MARTIN et al., Appellants.— Motion granted to extent of permitting Village of Newark to file and serve a brief *amicus curiæ*, and otherwise denied.

■ ROY SCHERI, Appellant, v. AL ROKZEN, Respondent. JOHN SETERA, Appellant, v. AL ROKZEN, Respondent.— Application for final order of dismissal denied and conditional order amended to provide that records and appellants' briefs be filed on or before March 20, 1961. Respondent's briefs must be filed and served on or before April 27, 1961 if appeal is to be argued at May 1961 Term.

■ In the Matter of RAY B. MARTIN, Appellant, v. WILLIAM E. BURKE et al., Respondents.— Motion granted to permit Hudson Valley Urban Renewal Directors Assoc. to file and serve a brief *amicus curiæ*.

■ ALBERT J. SCHNEBLE et al., Respondents, v. FREDERICK NESTICO, Appellant.— Motion to vacate order dismissing appeal and to reinstate appeal denied.

■ J. CARL CAFLISCH et al., Appellants, v. CHAUTAUQUA COUNTY FEDERATION OF SPORTSMEN'S CLUB, INC., Respondent. CHAUTAUQUA COUNTY FEDERATION OF SPORTSMEN'S CLUB, INC., Respondent, v. J. CARL CAFLISCH et al., Appellants.— Appeals dismissed unless records and briefs are filed and served on or before July 1, 1961. Respondent's brief must be filed and served on or before September 1, 1961 if appeal is to be argued at September 1961 Term.

■ In the Matter of the Arbitration between SARAH RUSSO, Appellant, and BEER DRIVERS, BREWERY, SOFT DRINK AND MAINTENANCE WORKERS LOCAL UNION No. 263, Respondent.— Final order of dismissal entered.

■ VIRGINIA HAYNOS, as Administratrix, Respondent, v. CLARA KRUPCZYK, Appellant.— Motion granted to extend time for filing records and briefs to March 24, 1961.

■ ROCHESTER HAPPY HOUSE, INC., et al., Appellants, v. HAPPY HOUSE SHOPS, INC., Respondent.— Motion granted to prosecute appeal on an original and five typewritten copies of record and five typewritten copies of brief.